Brian Kent II
1866-641-0806

2/2/22

G 40
JeFF GRACE

to Judge Diamond

SiR I'm organizing these the best I can but I'm
not a attorney so please baer whit me one of
these is For Judge McHugh For eligal sentenceing
he sould not have had my trail or agreement
on videio and in Front of other inmates were
thay Knew my charges or otcome of the case
and like I said the prison refusses two do any
legal work for me so they Keep moving me
around so thay dont have to - and my do
prosses is being voialated thay well not let me contact my
lawer or family by not Lettering me call or get my numbers
out of phone or wallet wene I came in B got notelaphone calls
there was no case worker there greivences in here and paperwork
that proves what they refuse I'vd had money stolen from me and they well
not help me get it back a immates girlfreind I Let put money on my books
from my card put money on his books whitout my permission all I went
is what is mine noone else its from my tax money   my main
things are the DOC and the church all the
rest may not be right in Fileing if there is any
Foarms I may need to file please send to me
like I said it was pulling theeth to get these

thank you

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern  District of Pennsylvania

|  |  |
|---|---|
| Jeff GRACE | Case No. _____ |
| _____ | (to be filled in by the Clerk's Office) |
| Plaintiff(s) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| Bucks county Prison Prime Care inc and CMHS | |
| _____ | |
| Defendant(s) | |
| *(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months.  See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid.  See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

---

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## I.        The Parties to This Complaint

### A.        The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jeff GRACE |
| All other names by which you have been known: | |
| ID Number | |
| Current Institution | Bucks county |
| Address | 1730 S Easten rd |
| | Doylestown          PA          18901 |
| | *City*            *State*          *Zip Code* |

### B.        The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Bucks county DOC |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | Bucks county |
| Address | 1730 S Easton Rd |
| | Doylestown          PA          18901 |
| | *City*            *State*          *Zip Code* |

☐ Individual capacity   ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Prime care inc |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | Bucks county Prison |
| Address | |
| | *City*            *State*          *Zip Code* |

☐ Individual capacity   ☑ Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

Defendant No. 3
    Name                    *County mental Health Services*
    Job or Title *(if known)*
    Shield Number
    Employer               *Bucks county prison*
    Address

           *Doylestown*      *PA*     *18901*
              City           State       Zip Code

    ☐ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

              City           State       Zip Code

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☑ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*my mental Health needs are not being meet or are my medical Health needs and my Due prossess has been violated as well as civil Rights*

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

*County mental health Services*

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*I have not got my mental Heath drugs reissused and this place put me on theme the Heath dept failed to send me to Hospital for mRi when doctor at Hospital wanted another check up and the DOC Bucks county Preson for one has not let me call a lawer or Family and Has let inmates still me money*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*My mental Heath medf are not being made*

*I got paper work and statements*

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

*in paper work sent*

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

C.   What date and approximate time did the events giving rise to your claim(s) occur?

*in paper work*

D.   What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

*in paper work*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*in paper work*

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

all I want is what every other inmate wants my meds sent to doctor my papers out of wallet and numbers on card and phone calls and I want to go to mens center and work in kitchen and be payed and my money back that is it and if im ill from water at Fayette co judgement

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

cell A wont is what aged other inmate was calling me ∂ I sent t to doctor my property ∂ I get well + have a this is on card and phone calls and Awana to see toilet was co-bo and wait is in Kitchen and be peg and + O-camed back that is ∂ beyal if in all from under of Report of Judgment

in paper work

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Bucks county

2.   What did you claim in your grievance?

in paper work

3.   What was the result, if any?

in paper work

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

in paper work

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

NO

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

in paper work

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[ ]  Yes

[✓]  No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
       action?

       ☐  Yes

       ☑  No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is
       more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

       1.   Parties to the previous lawsuit
            Plaintiff(s)     _____
            Defendant(s)     _____

       2.   Court *(if federal court, name the district; if state court, name the county and State)*

            _____

       3.   Docket or index number

            _____

       4.   Name of Judge assigned to your case

            _____

       5.   Approximate date of filing lawsuit

            _____

       6.   Is the case still pending?

            ☐  Yes

            ☐  No

            If no, give the approximate date of disposition. _____

       7.   What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered
            in your favor?  Was the case appealed?)*

            _____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
       imprisonment?

☐ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition _____

7.   What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

     _____

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        1 - 1 9 - 2022

Signature of Plaintiff        JEFF GRACE (signature)

Printed Name of Plaintiff      JEFF GRACE

Prison Identification #        _____

Prison Address        1730 S Easton rd
                       Doylestown        PA        18901
                            *City*        *State*        *Zip Code*

1 madison Ave
Apt H2        Warminster PA 18974

### B.      For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney      _____

Bar Number        _____

Name of Law Firm        _____

Address        _____
                       _____
                            *City*        *State*        *Zip Code*

Telephone Number        267 - 631 - 2919

E-mail Address        MC GRACEJeFF126@gmail.com

2-24-21
1-2-3-21
Jeff
GRACE
083655
B33

GTL
sir I would like a print out of all of this years trans
actions from who put money on my account
to what was baught my credit card was used
and someone put money from my card on his
books that I didnt attorise and Im didputeing those
transactions I was Her 2 or three times
these year need to know girls name &
KNow inmate James Devlin we were on
G or E Block

No
JPP · 12-29-21

Jrton
GTL

to whom it may concern
this is how stupid this system is instead of getting us a
Jumper and Health needs they do nothen but spin evry
one around in Here I want to Know what your going
to do before I write which I've done and sent home to
the news people about the Po Judges and children and
youth how the county Just Locks people up for nothen
and ruin our lives for 6 mounts to a year then
you wonder why we dont report the police are
currupt planting evadence and Lieing to us and
the municabel Judges are no better im not
going to stop writen people in this matters
and woll never let things Lie and Die I Know
nuthen is going to Happen at yours Level because you
work for the system and your county employees who
dont went to Lose their cushey Jobs and set their
and collect check and get Fat and yes im mad

and so are our Family there system is setup to Fale
us it doesn't Help anyone out there but the program
es for the Drug-addicts and they come back too ell
the time im so tired of fighting this system it
not Funny so im really done writing you people
hv had enough what all these county your ell bigger
crokes then us and you Know it and I Know it For
a fact I Know girls in the court Have that are
on our side and well help and have been do you
think we dont have documentation of the elegal shit
the county of Bucks does, it just not time to expo
e it yet but its comeing these year watch
out because if your not going to clean, Tup
the people well stop putting us in Jail Iv
been sick 4 times in Less then mount Just
being here   JAMES B38

# BUCKS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

DATE 1/3/22

NAME GRACE JEFF          BCCF# 83655      FACILITY Bucks      CELL RHU 14

GRIEVANCE # 2022-02 , DATE POSTED: 1·10·22 , INITIALTED (MM)

**_It is understood that all information pertaining to this grievance shall be released to the Bucks County Prison Oversight Board._**

ATTACH ADDITIONAL PAGES AS NEEDED

Statement detailing the act or condition giving rise to this grievance: (Be specific, list all dates, times, locations and witnesses.  Handwritten grievance must be **legible**, if not it will be returned.)

I dont want to do this thing but you people dont Lisen all I need is to call my Lawees neve got phone calls up front in Receiveng I Begged to be moved or celly moved I u been asking for info on my card in wallet and any phone # s in it and want envalops in Hole asked for investegeta to see me about my card being used by other inmates in Here so I can call card and Find out how this happed and I dont want this write up to affect me going to mens center or my parole because I begged for you people to move my celly that is why I wrote the Letter to nurse I had no other choice here and How do we no all requests get to were there going who handels them first out of Box and Back Here in RHU

Statement detailing informal process which you have attempted in order to resolve this grievance: (Attach any written documentation from staff.)

my celly Being moved I v writen to sevrale people whit no results I want to go to mens center were I can work in Kitchen over there and do my Law work in peice and quit and or get Job over here but want my own cell relly want to go back to Kitchn For poltrat mens center and I want to be abel to call my

Specific remedy being sought: Lawers and family at Least once and I want the numbers of my card in property

Received by:_____ Date:_____

First Level Response:

~~After review, your housing is appropriate at this time.~~

Answered by: _Carl McFellen_ Date: 1·18·2022

**Appeal to Director of Corrections**: If the inmate/resident is not satisfied with the outcome of the first level response, he/she may then forward a written appeal, with the previous response, to the Director. The appeal must be filed within ten (10) days of the inmate's receipt of the first level response. After a review, the Director will make resolution in writing within ten (10) days of receiving the appeal. (appeal form on back).

**Appeal to the Bucks County Prison Oversight Board**. If the inmate/resident is not satisfied with the outcome of the appeal to the Director, he/she may forward a written appeal with the previous responses, within ten (10) days of receipt of the Director's response, to the Bucks County Prison Oversight Board, attn: Controller's Office, 55. E. Court Street, Doylestown, PA, 18901. The County Prison Oversight Board shall provide the Director of Corrections with a copy of any such appeal and will forward its written decision to the inmate/resident and the Director of Corrections.

## BUCKS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

DATE 12-19-21

NAME GRACE Jeff BCCF# 083655 FACILITY BCCP CELL B-20

GRIEVANCE #2021-93, DATE POSTED: 12-24-21, INITIALTED: M
Resubmit

*It is understood that all information pertaining to this grievance shall be released to the Bucks County Prison Oversight Board.*

ATTACH ADDITIONAL PAGES AS NEEDED

Statement detailing the act or condition giving rise to this grievance: (Be specific, list all dates, times, locations and witnesses. Handwritten grievance must be **legible**, if not it will be returned.)

this is about medical mental Health services I asKed to get my meds witch you people put me on and told I have to be seen be Dator that she is on Vacation why cant the Dato — that is here see me or what Iv order a indajant Kit cant get that Iv askt to be seen by hestlr doctor about back back why does it take so Long to get things done you have all my records on file already and I have 1 Jumper tv writen the proper people and got no where and Iv asked to be moved because of threats

Statement detailing informal process which you have attempted in order to resolve this grievance: (Attach any written documentation from staff.) Resubmite 12-24-21
Iv axsested all yellow and have been seen by there and been spong Just cwke you are spining me all I wet is my meds thats it

Specific remedy being sought:
look there is no whay to setefie you people so I'll go a different way all you do is sper ous

Received by:_____  Date:_____

First Level Response:

You failed to exhaust the informal resolution process. Therefore, your grievance is denied.

Answered by: Carl Mckellr    Date: 12-23-2021

**Appeal to Director of Corrections**: If the inmate/resident is not satisfied with the outcome of the first level response, he/she may then forward a written appeal, with the previous response, to the Director. The appeal must be filed within ten (10) days of the inmate's receipt of the first level response. After a review, the Director will make resolution in writing within ten (10) days of receiving the appeal. (appeal form on back).
**Appeal to the Bucks County Prison Oversight Board**. If the inmate/resident is not satisfied with the outcome of the appeal to the Director, he/she may forward a written appeal with the previous responses, within ten (10) days of receipt of the Director's response, to the Bucks County Prison Oversight Board, attn: Controller's Office, 55. E. Court Street, Doylestown, PA, 18901. The County Prison Oversight Board shall provide the Director of Corrections with a copy of any such appeal and will forward its written decision to the inmate/resident and the Director of Corrections.

Judge Diamond   I messkeng not only for a motion to be released from prison do to Heatth resons Ill underline here I was incarsereted in Fayette prison some time ago and I beleave Iv contracted cancer their from the water thay shout the prison down for these Reson now the prison Here bucks will not send me to the hospital in Doy-lestown were thay put me in MRI and seen the bumps on my Lungs and asked me to come back for secound mRi whiten 6 mounts the prison doesn't want ~~~~ to spend the money and I fell its the Doc's problem sence I may have gotten there in there care this prison Doe's so much eleegal stuff its not funny there is blake sute blaweng out of vents the Dead mice in vents the water taste funny thay asselted me buse on C Block all I did was turn around they trowe me to the ground Kicked me in my ribs craked 3 of theme and Iv got mental Heatth problems From being malested not only from priest but 2 others and I have other Law suite the cop who arrested me has planted evaderce and I can prove it I caught theme in Lies he turned the water off in the Holden cell the night I was arrested I think that is a civil rights case and he just doesn't Like me in genral and its vice verse so im sending all this this week and im trying the best I cane to do Doc and my malistation case also would like all my none pros cases to be expunged from my record my one conviction the girl Lied to the police and she has admitted that to me and even said she is willing to make it right but she has terminal cancer right now and I don't want to put her trew any more than she is now


add 1 madison Ave Warminister PA 18974
prison is 1730 S Easton rd Doylestown PA 18901

case #

_____?                  2-2-22

Dob 06-10-1972
SS | 12320
Bucks county

Sir all my mental health is documented at biningren and here at the prison im not asking for a Jury I'll Leave it to you put I've been fighting these things in my Head 4 over 40 years and been trying to get a settelment for the past 3 yeers I come to find out I kan't keep a Job or a relationship because my night mares scares my spouse's to Hell and I dont relate to people and itmakes me do bad Desestions that I dont mean I Just do stupid Lettel things and Bucks county is not the county todo this stuff in im trying to move away from here but I also dont want to Look over my shoulder if I get anything out of this I went to Just move away where none of these will get to me now they Just put someone in my cell who I already went to the Hole for RHU he is crazy that is how crazy these place is they know im Fileng a law Suite against theme and they trow all these problems at me so I Freak out that is how they run the Jail the Law Libery will not do any Law work and on top of these the system took my neice away From my sister who is her would and im asking for a mental Health evaluation as well but From a outside sorce not the prisons and a immediate relerse due to mental Health and my Psyical Health as well im not insane im Fit to go to trail I Just have issue because im propable not on the right meds and they talk to us over a moniter not Face to Face they had my trial Last time on moniter and I coulden't hear theme at all and I wanted a retral or a appeal and my court appointed Lawer woulden't do it I dont need incarseration I need a secure place to talk to people about my problems

Judge Diamond sir Im trying to find a Lawer for all this this my first case is the church in PHily I thought Brian Kent was handeling it but im Filling on my on beltalF Pro se I was malested by a preist in PHily back in the 80's a St Jltons in manyunk on Recture st here is my current address 1 madason ave Warrminister PA 18974 apt H2 ♯ 267-631-2919 my sister Im in Bucks county on a violation my DOB is 6-10-72 06-10-1972 SS♯ 1_9__2320 here is the prisons address 1730 s Easton rd Doylestown PA 18901 083655 G-Y and im Proceeding in Forma Pauperis I want you to Know the the prison is not helping me File at all the will not let me call in their offices or mail these things im woking only in here so these is the only money I get and it's not much I think I need a nother Dockt♯ for this case not only Do I have PTSD im by poler Manic Depresion OCD HDAD and some undiagnoised mental Desorders that they can't exsplane yet because I dont get enough ensurcence to cover more than a mounth at a time I need to go to Lenape valley or a nother mental Hecltth place so I can finish my Diagnoses whit the doctors

22-cv-0279        2-2-22        st Jhons

that is when I am not that my or you can get my SSD my other Law suites done I'll tell you these besides me being molested by 3 deffrent people my best freinds were murdered at west coast video in warminister years ago a it is still unsoved my brother commited suicide my sister thinks I had something to do whit it so we dont talk me and my mom dont talk my father died in my arms at the vA in PHily and my First wife and son were Killed in a accident years ago I Lost 3 companies and 2 Homes because of all these and I dont Know How I keep it together sometimes I'm sure other wounder as well See im not Looking to make 20 million Dollers here I Just want what is fare and Iv been tormented for 40 + years over these and need some closer it has effected me so much in my Life that I dont Know how much more I can take please see if i did anything wrong whit this tell me and I'll

Fix it thank you

Jeff

08 36 55, G4
2-2-22

your Honor
sir im Here today to ask the courts to appel my recon
sider my orignal sentence from bucks county court and
reverse their desision or vacate the order du to inafec
tive counsel my hawer never exsplend to me what was
all involed my sentence was a 1to2 1day shy and 2
years probation I would have never agreed to that
if I could hear we were videoed court and I would
have went up state my Lawer Marc stolle never gave
me a sentenceng sheet or told me the deal I got and
I didn't understand or Hear I have mental Problems
and other hatth issues Iv been malested by 3 people
in my life one a preist in manyonk at st Jhons
catlie school were im trying to sue now and
another family member and fraind of Family I
been diagnosed whit PtSD manie Depression ADHD
OCD and other not yet to be determoned I also may
have cancer I got from SCi Faydte or the chemicd
in weed Killer now as far as probation and parole
① there is a conflict of intrest in these case mrs
Fassbenderds my Brothers ex wife sister in Law and she
is byeit twerds me she told me my address dosent exs
est but I was there not Long ago whit my sister and
its where my Brother Killed himself thue now ms
ohenR has never met me but once and has not only
showed me hostdity she Files out of this wourld
stupid wants for people arrest and refiles when the
Judge dinies the Itole bucks county court system is
currupt the children and youth Po and other Dopt

acc getting away whit what ever they went
they took my niese out of a loving home but Left
the other child saying some crazy nonsence that
has no barring on any thing what so ever and the horse
they gave her to isnt feeding or bathering her properly
at all where she has Lice all the time the county
has not only crazy people working there I asked the
cleark of courts in both countys for paperwork weeks
ago and not reseved any thing at all their incompdete
sir or maam I was released to a Helfway House in long
hoore and there for 3 mounts paying my bills on time
working and not giving hot up's I thought I was
payed off my fines and costs and then the people at the
House were stelling from me and opened bank account
in my name then I went to Hotel First Keystone
then motel 6 who im also sueing and old colenial
in Doylestown now I was at pathastery court
two week prior two me being arrested for a chicken
finger that I payed cash for and one beer and
a 100 Doller bill that was not being used at all and the
warrington cop planted evedence in my things
they had something out for me for years and I know
whet I sued one cop because he stangeled me when I
Lived on philadelphia Ave in warrington and was flooded out
these hate township and Doylestown warrington has
stolen my camping gear and not returned it and
has been profiling me for years as well at warminster
thank you for your time
1/18/22

B.C.P. Number: 083655

**ALL INMATES FILL IN THIS SECTION**

Name (Last, First): GRACE JOFF

Date: 1-15-22

Module and Cell Number: AHU

Admission Date: 12/13/21

I would like to see: mr Fansieur

I need to see that staff person because: SiR I want two greevences now because im not sick the test is wrong and the outher is for mental Health there not getting me my meds and need state police address in Dublin I am filling moore motions next week

Signature of Inmate: [signature]

***Do Not Write Below This Line***

Date request answered:

Answer: You have to prove that you seeked other remedies

Refferral Sent To:

Return To: Module & Cell #

Signature of Staff Person

BCCF 194 REV. 10/04

here is the proff

B.C.P. Number

08365Σ

**ALL INMATES FILL IN THIS SECTION**

Name  (Last, First)

GRACE Geff

Date
12-24-21

Module and Cell Number
B 33

Admission Date
12 3-21

I would like to see  Ricci

I need to see that staff person because  I'm not going two bother you after this any moore I need to know who is or was sending me money last time I was Here in 2021 because there is Fraudulent cases beeing made off my tax card from H&R·Block its a green and Black card it says emrald whit my name on it and thay just used it again numbers on back pen a number to call the compeny so I can call and Have it stop and get me over to mens center please I'll leave you alone

Signature of Inmate

*Do Not Write Below This Line*

Date request answered:

Answer:  I CANNOT SEE TRANSACTIONS FROM PREVIOUS INCARCERATIONS. YOU WILL BE SCREENED FOR MC3 NEXT WEEK.

CM RICCI
12/27/21

Refferal Sent To: _____

Return To: _____   Module & Cell # _____

Signature of Staff Person _____

BCCF 194 REV. 10/04

they sent me transactions before

B.C.P. Number

083655

**ALL INMATES FILL IN THIS SECTION**

Name   (Last, First)

GRACE Jeff

Date  12-28-21

Module and Cell Number

B 33

Admission Date  12-30-21

I would like to see  C + L

I need to see that staff person because  need all records of transactions made to me from all parties who put money on books and Dates in 20-21 mostly last time Here my card was used by other inmates and I Know who Just dont Know how they did it so need print out not those time last time Here im going to call card and dispute my charges I didnt do or my mom anyone else

Signature of Inmate

*Do Not Write Below This Line*

Date request answered:

Answer: _____ No

Refferal Sent To: _____

Return To: _____   Module & Cell # _____

Signature of Staff Person _____ 12-29-21

BCCF 194 REV. 10/04

this is about my money missing

B.C.P. Number

05855

ALL INMATES FILL IN THIS SECTION

Name  (Last, First)   GRACE  Jeff

Date  12-16-21

Module and Cell Number   B-20-B

Admission Date  12-3-21

I would like to see   G+L

I need to see that staff person because   So who is going to Reinburse
me for a the time my movies get logged
out because your equipment sucks or
you Just dot know how to set the
shit up right this is Legalized
extortion im tired off being rippee
off pay you people so you send me
a name and I will press charges
against theme fro freud

this is what GTL told me

↓

*Do Not Write Below This Line*

Signature of Inmate

Date request answered:

Answer:   Please do not use our services

this is what thay tell us
when thay still from us

Refferal Sent To:

Return To:   i m out 680 dollers   Module & Cell #

Signature of Staff Person

BCCF 194 REV. 10/04

Keep for Lawer

# MISCONDUCT REPORT
## DEPARTMENT OF CORRECTIONS
## BUCKS COUNTY

**Incident Number:** 22-0101-004

**Inmates BCCF Number** 083655

**Inmates D.O.B** 06.10.1972

| OFFICER'S REPORT | | | | |
|---|---|---|---|---|
| **Inmate's Name** | | **Place of Misconduct** | **Date** | **Time** |
| Grace, Jeffrey | | Shift Command | 01.01.2022 | 1500 |

| Other Inmates Involved | Cell | Name | Witnesses | Cell | Name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Class & No. | Misconduct | Class & No. | Misconduct |
|---|---|---|---|
| 1-5 | Sexual Misconduct | | |
| 1-31 | Inappropriate Contact with Staff | | |

| Officer's Version |
|---|
| On January 1, 2022 at approximately 1500hrs medical staff delivered a hand written note from I/M Grace, Jeffrey #083655 which was delivered to Nurse Jessica earlier in the Day. This note states "I hope my age doesn't throw you off, I'm still 25 at heart and can do better in the hay than a pert 18 year old. My tongue alone will make you leave a man". Note to be attached with Misconduct. Nothing Further to Report. |

Fisher celly

this is what I had to Do to get away from a nct who wants to kill his ex

| Immediate Action Taken |
|---|
| RHU pending CEB |

| Copy Given To Inmate By: _(signature)_ | Date: 1/1/22 | Time: 1950 |
|---|---|---|
| **Date of Report** 01.01.2022 | **Signature and Title of Reporting Officer** Sgt. Pohopin | **Institution** BCCF |

Reviewed By   Sgt. Gauntt
Shift Supervisor

still waiting on appeal

Reviewed By   Lt. Brown
Shift Commander

Date Reviewed  01/01/2022

**PLEASE RETURN TO CASE MANAGER WHEN DONE READING**

# Inmate Orientation

*was not aloud to even get numbers out of wallet*

*Knapp*

**Admission -** At the time of your admission you were processed by the Reception Officer and classified by a Case Manager. During this process you were given a housing assignment and assigned a custody level. As necessary, based on your responses, referrals are made to the Drug and Alcohol, Medical and Mental Health Departments.

*Joke*

**Institutional Regulations-** You are responsible to know the rules of the facility. Failure to do so can result in a loss of privileges or disciplinary sanctions, including housing in the disciplinary unit. Handbooks can be accessed on the kiosk or tablet. A printed copy can be requested from your Case Manager.

**Inmate Requests -** Questions can be directed to the Module Officer, your Case Manager, or the Sergeants and Lieutenants who tour the units each shift. Inmate Request Forms are also available for requesting routine services and can be placed in the Inmate Request Form box outside of the Inmate Dining Room.

*never request slip on unit*

**Case Plan Development -** You will be seen by your Case Manager within three business days of your admission.  At that time, a case plan will be developed based on your risks and needs. It can include Drug and Alcohol Treatment, Mental Health Treatment, Institutional Jobs, Education Classes, etc. Your Case Manager will meet with you monthly or if your legal status changes to review your case plan. Case Managers will also determine your eligibility for minimum or medium custody.

*case manager serce → Joke*

**Medical Treatment -** The Department of Corrections contracts with Prime Care Inc. to supply all medical care and treatment. While you are here, you will receive a physical examination and your medical history will be taken. Screening is a mandatory state health requirement. You cannot refuse. Medical services are available twenty-four hours a day, seven days a week. You can request an appointment by using the Prime Care sick-call form. If you are having a medical emergency, contact any available staff member for assistance. If you request to see the nurse or doctor for a non-emergency issue you will be required to pay for this service. Current payments are: $3 for the nurse, $5 for the doctor. **You will never be refused medical treatment because you lack funds.**

*i'm a cronic case*

**Mental Health Treatment -** The Bucks County Department of Corrections contracts with Prime Care Inc. to provide mental health care and treatment. You can request service through your Case Manager or by a written Inmate Request Form.  In the event of an emergency, or if you have thoughts of suicide, contact any staff member.  A suicide hotline is also available via the inmate telephone system.  Follow the prompts on the telephone system and dial *911 to place the free call.

**Telephone Procedures -** Upon your arrival you were issued an Inmate Telephone Identification Number (TID) in Reception. When you use the phone on the housing unit for the first time you will make a personal identifying voice recording (VPIN). Listen closely to the prompts on the phone to set this up. Calls can be made collect or using money from your account. To prevent any unauthorized use of your inmate funds do not share your TID number with anyone.

**Mail -** There are no restrictions concerning the number of letters an inmate may send or receive. All incoming personal letters are opened and inspected for restricted materials, contraband, and money prior to delivery. Contraband will be confiscated and held as evidence. You are required to note your BCCF number on all pieces of outgoing mail. Read your Inmate Handbook for additional information regarding what is and is not allowed.

**Visitation –** Upon admission, you received an explanation of visiting procedures. To put someone on your list we require their name, address, telephone number and relationship to you. You can have a total of 8 active visitors on your list. Ex- inmates must receive written permission to visit. You can make monthly changes to your list through your Module Case Manager. Visits are held during specified hours/days based on your housing unit. Please note that visits may be cancelled or altered at any time. Your family can get visiting information by going to www.buckscounty.org -Government – Corrections.

**Inmate Jobs -** There are a limited number of jobs available in the institution. See your Case Manager if you are interested in employment. Maximum custody inmates are only able to work on their housing units. Inmates who receive Class 1 misconducts need a certain amount of misconduct free time to apply for jobs.

**Indigent Supplies -** Individuals who are without funds, who have had no funds in the past 14 days and have no prospects of receiving funds in the next 14 days are considered indigent. Indigent inmates are eligible to receive a limited amount of free postage. See your Case Manager for envelopes and writing paper. Basic hygiene products are also available to those without funds. These can be ordered through the module kiosk.

**Sexual Misconduct (PREA) –** The Bucks County Department of Corrections has a zero-tolerance policy for all forms of sexual abuse or sexual harassment. Sexual misconduct/harassment of inmates by staff members, volunteers, contractors, and inmates is strictly prohibited. If you believe you have been subjected to or witnessed sexual misconduct, sexual abuse and/or sexual harassment you should report it immediately. Reports can be taken by any staff member, volunteer, contractors, and/or through the inmate phone system using the PREA hotline. Any reported incidents will be handled confidentially and without fear of retaliation. The DOC's response to all allegations will focus on the safety of the victim, providing proper treatment and support services if necessary. Perpetrators will be disciplined for any substantiated actions. Malicious false reports will result in disciplinary actions.

**Grievance Process -** This is an administrative remedy through which an inmate may seek a formal review of a complaint relating to any aspect of their confinement. This policy does not supersede any formal appeal process, or any informal complaint resolution process currently in place within the Department. See the Inmate Handbook for specifications on using this process.

givens vs commonwealth

Revised 10/2021

E.D. Pa. Pro Se Notice, *approved February 11, 2019, revised April 20, 2021*

# NOTICE OF GUIDELINES FOR REPRESENTING YOURSELF

# (APPEARING "*PRO SE*") IN CIVIL CASES

If you have filed a civil action in the Eastern District of Pennsylvania and you are representing yourself, please read this document for information about some of the rules and guidelines that apply in your case.

**Appearing *Pro Se***:  If you represent yourself in Court, you are called a "*pro se* litigant" or a "self-represented litigant."  "*Pro se*" is a Latin term, meaning "on one's own behalf" and a "litigant" is someone who is either suing someone or is being sued in Court.  The right to appear *pro se* in a civil case in federal court is contained in a statute, 28 U.S.C. § 1654. There are, however, certain limitations to self-representation, including: (1) in general, a *pro se* litigant may only bring claims on his or her own behalf; (2) corporations must be represented by an attorney; (3) a *pro se* litigant may not represent a class in a class action; and (4) a power of attorney does not permit a *pro se* litigant who is not an attorney to represent another person in federal court.

**Scope of These Guidelines**:  This document is intended to provide some basic guidelines to litigants who are proceeding without an attorney in civil cases.  It is not intended as legal advice and is not a substitute for checking the rules that apply in your case.  Please note that separate guidelines may apply in *habeas* cases, which are cases in which a litigant is challenging the constitutionality of his or her criminal conviction or sentence, and asking for release from prison or that the conviction be vacated.

**Current Address**:  The Court will send orders or notices filed in your case to you at the address you provided to the Court.  It is important to keep the Court and opposing counsel, if any, advised of your current address.  Failure to do so could result in Court orders or other information not being timely delivered, which may result in your case being dismissed for failure to prosecute or otherwise affect your legal rights.  The Court's local rules require you to file a notice of change of address with the Clerk of Court within fourteen (14) days of an address change.  *See* Local Rule 5.1(b).

**Pennsylvania Department of Corrections (DOC) Mail Policy**:  In accordance with the Pennsylvania DOC's policy number DC-ADM 803, Court mail must be sent to an inmate within DOC custody at the facility where the inmate is housed.  Accordingly, inmates confined within the DOC should provide the Court with the address for the facility in which they are housed for purposes of the docket.  Inmates should not provide the Court with the address for SMART COMMUNICATIONS, which is the contractor handling non-privileged inmate mail, because Court mail cannot be received at that address.

**Form of Submitted Documents**:  All documents you submit to the Court should be in the form of a pleading (*e.g,* complaint, amended complaint), notice, motion, brief, or supporting memorandum of law.  **Please put the civil action number of your case on all documents you**

E.D. Pa. Pro Se Notice, *approved February 11, 2019, revised January 11, 2021*

**file in your case**.  **If you are asking the Court to act, you must file a motion**.  Any motion should include the caption of your case and the case number, have a title including the word "motion," and state the relief you would like from the Court.  You should also sign and date any documents that you file with the Court.  Letters to the presiding Judge or Court staff can be emailed to PAED_Documents@paed.uscourts.gov.

**Privacy Protection**:  Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

- Social security numbers, taxpayer-identification numbers, and financial account numbers must include only the last four digits (e.g., xxx-xx-1234)
- Birth dates must include the year of birth only (e.g., xx/xx/2000)
- Names of persons under the age of 18 must be indicated by initials only (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings.  If your filings contain any information that does not comply with this rule, please black out that information before sending your filing to the Court.

**Proceeding *In Forma Pauperis***:  If you cannot afford to pay the $350 filing fee and $52 administrative fee to file your civil case, you may file a motion to proceed without prepayment of those fees (this is called proceeding *in forma pauperis*).  If the Judge in your case allows you to proceed *in forma pauperis*, you will be permitted to proceed without prepayment of the filing fee. If you are a prisoner, however, you will be obligated to pay the filing fee in installments (see the notice to prisoner litigants).  Please note that even if you are proceeding *in forma pauperis*, you must pay for copies of documents in your case.

**Notice to Prisoner Litigants:**  The filing date reflected on the Court's docket shows the date your filing was received by the Court.  It may not be the legal filing date for your pleading. If you are a prisoner litigant who is proceeding *in forma pauperis* in a civil case, you will still be obligated to pay the entire $350 filing fee in installments in accordance with the Prison Litigation Reform Act (PLRA) regardless of the outcome of your case.  *See* 28 U.S.C. § 1915(b).  The Court does not have the authority to waive that requirement.  You will not be entitled to the return of payments made toward the fee for any reason, even if your case is dismissed before service in accordance with laws that require the Court to screen *in forma pauperis* cases and cases filed by prisoners.  *See* 28 U.S.C. §§ 1915(e)(2)(B) & 1915A.  If you filed a petition for a writ of *habeas corpus*, the filing fee is $5.00.  If you are granted leave to proceed *in forma pauperis* in a *habeas* case, you are not required to pay the filing fee.

**Screening Requirements**:  Pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A, the Court screens all civil cases filed by prisoners, whether the prisoner pays the filing fee and administrative fee upfront or is granted leave to proceed *in forma pauperis*.  Pursuant to 28 U.S.C. §

E.D. Pa. Pro Se Notice, *approved February 11, 2019, revised January 11, 2021*

1915(e)(2)(B), the Court also screens all civil cases in which a plaintiff who is not a prisoner has been granted leave to proceed *in forma pauperis*. As soon as an Order is issued, a copy will be mailed to you. The Court generally will not appoint counsel, rule on motions, serve your Complaint on the Defendant(s), or require an Answer until after the screening process is complete.

**Service**: If you filed a motion to proceed without prepaying the filing fee (*in forma pauperis*) and the Court grants your motion, the Court will direct service on your behalf. The Clerk's Office will not issue summonses in your case or direct service unless your motion to proceed *in forma pauperis* is granted and the Judge in your case directs service. You may be required to complete forms (USM-285 forms) so that service can be made in your case. If you receive those forms in the mail, please complete them and return them to the U.S. Marshals Service. Failure to do so may result in the dismissal of your case. If you paid the fees for your case, the Clerk's Office will issue summonses to you, and you are responsible for serving the defendants in this case in the manner and time described in Federal Rule of Civil Procedure 4. Please note that if you are suing the United States, its agencies, corporations, officers, or employees, you must comply with Federal Rule of Civil Procedure 4(i).

**Contacting the Court**: Do not send documents directly to the District Judge or Magistrate Judge assigned to your case. All documents must be filed with the Clerk of Court at one of the following addresses or emailed to PAED_Documents@paed.uscourts.gov.

Clerk of Court, EDPa
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street Philadelphia,
PA 19106

Clerk of Court, EDPa
Edward N. Cahn U.S. Courthouse &
Federal Building
504 W. Hamilton Street
Allentown, PA 18101

You may file documents in your case in person at the above address or by mail. If you would like permission to file documents electronically, you must file a motion seeking permission from the Judge assigned to your case. *See* Local Rule 5.1.2(4)(b). If you are given permission to file electronically, the Judge may terminate your electronic filing privileges if you abuse the system by excessive filings, either in number or length.

**Sending Documents to Opposing Parties**: All pleadings and other papers submitted to the Court must be served on opposing counsel for all other parties, or directly on any parties representing themselves (proceeding *pro se*). Service may be made by mail. You must let the Clerk know that you served your papers on the other parties by completing a certificate of service showing the date and manner of service and attaching it to the original of the documents and all copies before you send them to the Court. An example of a certificate of service by mail follows:

"I, (name), do hereby certify that a true and correct copy of the foregoing (name of pleading or other paper) has been served upon (name(s) of person(s) served) by placing the same in the U.S. mail, properly addressed, this (day) of (month), (year).

3

E.D. Pa. Pro Se Notice, *approved February 11, 2019, revised January 11, 2021*

JEFF GRACE

(Signature)"

**Legal Advice:** The District Judges, Magistrate Judges, *Pro Se* Law Clerks and other Court staff cannot provide you with legal advice, meaning they cannot tell you what type of motion to file or advise you on other legal issues. However, Court staff can provide you with the proper forms and inform you of the status of your case. The Clerk of Court and other Clerk's Office staff do not have the authority to take any action with respect to your case unless a Judge or rule authorizes the Clerk to do so.

**Rules that Apply to Your Case:** Your case is subject to the Federal Rules of Civil Procedure and the Eastern District of Pennsylvania's Local Rules of Civil Procedure, which you can find on the Court's website. One important rule to be aware of is Local Rule 7.1, which requires you to file and serve a proper response to all motions within fourteen (14) days unless the Judge assigned to your case directs otherwise. If you need more time to respond to a motion or comply with a deadline, you must file a motion for an extension of time. If your case is transferred to another district, the local rules in that district will apply to your case.

**Discovery:** Please review Local Rule 26.1(f), which provides that "[n]o motion or other application pursuant to the Federal Rules of Civil Procedure governing discovery or pursuant to this rule shall be made unless it contains a certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute." That means you must attempt to resolve any discovery disputes by contacting defendant's counsel directly by telephone or through correspondence before you ask the Court for help with discovery matters. You are responsible for sending your discovery requests to the opposing party or parties in your case. Please note that interrogatories, requests for production and inspection, requests for admission, and responses to discovery requests are generally not filed with the Court. *See* Local Rule 26.1.

**Appeals:** If you want to appeal the dismissal of your case, you must file a notice of appeal in your district court case. *See* Federal Rule of Appellate Procedure 3(a). For more information about the appeals process, please see the website for the Third Circuit Court of Appeals for more information or contact the Third Circuit Court of Appeals.

4

JEFF GRACE
1730 S Easton rd
Doylestown PA 18901
G40 083655



RECEIVED
FEB - 9 2022



Clerk of courts
James A. Byne
US Court House Room 2609
601 market Street
PHiladelphia PA 19106
Judge Diamond